IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03395-SBP

**JULIUS BRYANT**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**SOLIDQUOTE LLC**,

    Defendant.

---

**UNOPPOSED MOTION TO EXTEND RESPONSIVE
PLEADING AND ALL OTHER PENDING DEADLINES**

---

    Plaintiff Julius Bryant ("Plaintiff"), by and through his undersigned counsel, hereby moves to extend Defendant SolidQuote LLC's deadline ("SolidQuote") to file a responsive pleading and to extend all other pending deadlines in this matter. In support, Plaintiff states as follows:

    1.    This case concerns allegedly unsolicited telemarketing calls made to Plaintiff between June 27, 2022 and October 12, 2022.

    2.    Plaintiff filed this action on December 22, 2023. Dkt. No. 1.

    3.    Counsel for SolidQuote executed a Waiver of Service of Summons on December 22, 2023. Dkt. No. 4. Accordingly, SolidQuote must answer or otherwise respond to Plaintiff's Complaint by February 20, 2024. *Id.*

    4.    The Court set this matter for a telephonic Scheduling Conference on March 26, 2024 at 9:30a.m. Dkt. No. 5; Fed. R. Civ. P. 16(b). Relatedly, the parties must conduct a Rule 26(f) conference by March 5, 2024 and jointly prepare a proposed scheduling order. Dkt. No. 5;

Feb R. Civ. P. 26(f).

5.   Counsel for SolidQuote has raised questions about the allegedly improper telemarketing calls at issue in this action. In particular, counsel represents that SolidQuote does not have a record of any calls involving Plaintiff's phone number.

6.   Plaintiff has been investigating—and the parties have been conferring about—the issues raised by SolidQuote. Plaintiff's investigation includes the issuance of multiple third-party subpoenas, the latest of which had a return date of February 12, 2024. It is not clear at this time whether SolidQuote had any involvement in the allegedly improper telemarketing calls at issue in this action.

7.   Given the foregoing and the need for additional time to conduct his investigation, Plaintiff respectfully requests that the Court extend SolidQuote's deadline to answer or otherwise respond to the Complaint by sixty days, through and including April 20, 2024.

8.   Plaintiff further requests that the Court continue the Scheduling Conference by at least sixty days, to a date and time convenient for the Court, and to accordingly extend the deadline for the parties to conduct the Rule 26(f) conference and prepare a proposed scheduling order. *See* Fed. R. Civ. P. 26(f)(1) (requiring a Rule 26(f) conference to occur "at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)"). Plaintiff finally requests a parallel extension of time for any other deadlines that may remain pending.

9.   Good cause for these requests exists: the parties have been conferring in good faith about Plaintiff's allegations. Extending SolidQuote's deadline to file a responsive pleading, the Rule 16(b) and 26(f) conferences, and any other pending deadlines will facilitate further discussion and investigation. Perhaps most importantly, an extension of time will help conserve the parties'

and the judiciary's resources.  *See* Fed. R. Civ. P. 16(b), 26(f) (authorizing the Court to extend relevant deadlines, including for "good cause").  Plaintiff submits this motion in good faith and not for purposes of delay.  Plaintiff has not previously requested or received an extension of any deadline.

10. ***Local Rule 7.1(a) Certificate of Compliance:*** Counsel for Plaintiff conferred in good faith with counsel for SolidQuote about the relief this motion seeks.  SolidQuote does not oppose the relief this motion seeks.

11. For the reasons described above, Plaintiff respectfully requests that the Court issue an order (i) extending the deadline for SolidQuote to answer or otherwise respond to Plaintiff's Complaint by sixty days, through and including April 20, 2024, (ii) continuing the Scheduling Conference and deadline for the parties to conduct a Rule 26(f) conference by at least sixty days, and (iii) extending any other pending deadlines accordingly.

Dated:  February 15, 2024

RESPECTFULLY SUBMITTED,

*/s/ Anthony Paronich*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Email: a@perronglaw.com

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff
and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2024 I caused the foregoing document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then send a notification of such filing to all counsel of record.

      */s/  Anthony Paronich*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03395-SBP

**JULIUS BRYANT**, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**SOLIDQUOTE LLC**,

      Defendant.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING AND ALL OTHER PENDING DEADLINES**

---

THIS MATTER comes before the Court on the Unopposed Motion to Extend Responsive Pleading and All Other Pending Deadlines (the "Motion") filed by Plaintiff Julius Bryant ("Plaintiff"). Having reviewed the Motion and the file, the Court finds that cause exists to grant the Motion. Accordingly, it is hereby ORDERED that

1. The deadline for Defendant SolidQuote LLC to answer or otherwise respond to Plaintiff's complaint is extended by sixty days, through and including April 20, 2024.

2. The Scheduling Conference currently set for March 26, 2024 is hereby vacated.

3. The deadline for the parties to conduct a Rule 26(f) is hereby vacated.

4. All other deadlines that may remain pending are hereby vacated.

5. The Court will issue an amended Order Setting Consent Deadline and Scheduling Conference in due course after reviewing its calendar.

[*Signature follows on next page*.]

It is SO ORDERED.

Date: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Denver, Colorado                                    THE HONORABLE SUSAN B. PROSE
                                                              UNITED STATES MAGISTRATE JUDGE